# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff – Appellant,** | ) |
| | ) |
| v. | ) No. 24-6636 |
| | ) |
| **MICHAEL L. QUIEL,** | ) |
| | ) |
| **Defendant - Appellee** | ) |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Appellate Procedure 42(b), it is hereby stipulated by and between the parties hereto, through their respective counsel, that the appeal filed by the United States of America in the above-entitled case be dismissed with prejudice, each party to bear its own costs, including attorneys' fees, that an order of dismissal be entered by the Clerk of this Court, that notification of such order be transmitted to the Clerk of the United States District Court for

- 2 -

the District of Arizona, and that copies be transmitted to each of the parties.

| /s/*Brandon Anthony Keim* | /s/ *Robert Branman* |
|---|---|
| BRANDON ANTHONY KEIM | ROBERT BRANMAN |
| Frazer, Ryan, Goldbert & Arnold, LLP | Attorney, Appellate Section |
| 1850 N. Central Avenue | Tax Division |
| Suite 1800 | U.S. Department of Justice |
| Phoenix, AZ 85004 | Post Office Box 502 |
| Telephone: (602) 200-7399 | Washington, D.C. 20044 |
| bkeim@frgalaw.com | Telephone: (202) 307-6538 |
| Counsel for Michael L. Quiel | robert.j.branman@usdoj.gov |
|  | Appellate.Taxcivil@usdoj.gov |
|  | Counsel for United States |
| Date: February 6, 2025 | Date: February 6, 2025 |