UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>MICHAEL L. QUIEL,<br><br>      Defendant - Appellee. | No. 24-6636<br><br>D.C. No. 2:21-cv-00094-GMS<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Pursuant to the parties' stipulation (Docket Entry No. 11), this appeal is dismissed with prejudice. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT